# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN DAVIO PEREZ CHOXOM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:13-cv-01845-AWI-GSA-PC<br><br>ORDER DISMISSING ACTION AND DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY TO YOUNG YIL JO<br><br>(Doc. 1) |

　　　On November 13, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf of Ivan Davio Perez Choxom.[1]  Mr. Jo is not an attorney and he is precluded from filing cases on the behalf of anyone but himself.  Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).

　　　This action is HEREBY ORDERED DISMISSED.  Given the Court's inability to serve the order on Mr. Choxom, the Clerk's Office shall serve a copy of this order on Young Yil Jo, #01183-112, Etowah County Jail, 827 Forrest Ave., Gadsen, AL, 35901.

IT IS SO ORDERED.

Dated:   November 19, 2013　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

---

[1] The complaint is not signed and it sets forth no intelligible claims for relief.  No address is provided for Mr. Choxom.